1
2
3
4

# UNITED STATES DISTRICT COURT

5

### EASTERN DISTRICT OF CALIFORNIA

6
7

ELIAS JAMES PEREZ GARZA,

Case No. 1:20-cv-01065-SKO

8          Plaintiff,

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS AND STAYING
CASE**

9      v.

10

ANDREW M. SAUL,

(Doc. 2)

11   Commissioner of Social Security,

12          Defendant.

_____/

13
14

### ORDER

15      Plaintiff Elias James Perez Garza filed a complaint on July 31, 2020, along with an

16   application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

17   application demonstrates entitlement to proceed without prepayment of fees.

18      Accordingly, IT IS HEREBY ORDERED that:

19      1.      Plaintiff's application to proceed *in forma pauperis* is GRANTED;

20      2.      The Clerk of Court is DIRECTED to issue a summons;

21      3.      The United States Marshal is DIRECTED to serve a copy of the complaint,

22              summons, and this order upon the defendant as directed by the plaintiff;

23      4.      The parties are hereby notified that, <u>after service of the complaint, this action is

24              STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order

25              or deadlines in effect during the stay.  *See* E.D. Cal. G.O. 615.  The stay will be

26              <u>automatically lifted when the defendant files the certified copy of the administrative

27              record, with no further order of the Court</u>; and

28

5.   The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the summons and service-related documents.  Pursuant to General Order No. 615, no other case documents will issue.

IT IS SO ORDERED.

Dated:   **September 22, 2020**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2